IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-23740-MARTINEZ

HONG KONG LEYUZHEN TECHNOLOGY
CO. LIMITED,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE "A,"

    Defendants.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

    The undersigned, counsel of record for Plaintiff, certifies pursuant to Federal Rule of Civil Procedure 7.1(a)(1) that the following listed parties may have a pecuniary interest in the outcome of this case:

    Hong Kong Yuzhen E-Commerce Co. Limited wholly owns the trademark of its brand name "ROTITA." Yu Zhen E-Commerce Co. Limited is the parent company and sole owner of the Plaintiff, Hong Kong Leyuzhen Technology Co. Limited.

DATED: January 9th, 2026

Respectfully submitted,

By: */s/William R. Brees*
William R. Brees (FL Bar No. 98886)
william@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs, Suite 100
Henderson, NV 89014
Tel: (702) 462-5973
Fax: (702) 553-3404

*Attorneys for Plaintiff*