IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23740-MARTINEZ/SANCHEZ

HONG KONG LEYUZHEN
TECHNOLOGY CO. LIMITED,

    Plaintiff,

v.

THE INDIVIDUAL, CORPORATION,
LIMITED LIABILITY
COMPANY, PARTNERSHIP AND/OR
UNINCORPORATED ASSOCIATION
IDENTIFIED IN SCHEDULE "A,"

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT NUMBER 9 WITHOUT PREJUDICE

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Hong Kong Leyuzhen Technology Co. Limited, voluntarily dismisses *only* Defendant Number 9 SperLucky Seller ID AM212VYZX9HCU as listed in Schedule A to the Complaint without prejudice.

DATED: February 6, 2026

                                                      Respectfully submitted,

                                                      By: */s/ William R. Brees*
                                                      William R. Brees (FL Bar No. 98886)
                                                      **BAYRAMOGLU LAW OFFICES LLC**
                                                      1540 W. Warm Springs Rd., Ste 100
                                                      Henderson, NV 89014
                                                      Tel: (702) 462-5973 | Fax: (702) 553-3404
                                                      william@bayramoglu-legal.com
                                                      *Attorney for Plaintiff*