IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23740-MARTINEZ/SANCHEZ

HONG KONG LEYUZHEN
TECHNOLOGY CO. LIMITED,

    Plaintiff,

v.

THE INDIVIDUAL, CORPORATION,
LIMITED LIABILITY
COMPANY, PARTNERSHIP AND/OR
UNINCORPORATED ASSOCIATION
IDENTIFIED IN SCHEDULE "A,"

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANTS NUMBER 1, 6, AND 10 WITH PREJUDICE

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Hong Kong Leyuzhen Technology Co. Limited, voluntarily dismisses *only* Defendants Number 1 MANGOUSTARD Seller ID A1SZTOAGJSTTLT, Number 6 ink2055 Seller ID AFVF6TSQ5INK4, and Number 10 weinuoerkeji Seller ID A2FOWAG0MVX97S as listed in Schedule A to the Complaint with prejudice.

DATED: February 13, 2026

                                           Respectfully Submitted,

                                           By: */s/ William R. Brees*
                                           William R. Brees (FL Bar No. 98886)
                                           **BAYRAMOGLU LAW OFFICES LLC**
                                           1540 W. Warm Springs Rd., Ste. 100
                                           Henderson, NV 89014
                                           Tel: (702) 462-5973 | Fax: (702) 553-3404
                                           william@bayramoglu-legal.com
                                           *Attorney for Plaintiff*