UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23740-CIV-MARTINEZ/Sanchez

HONG KONG LEYUZHEN
TECHNOLOGY CO. LIMITED,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

    Defendants.
_____/

### ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction [ECF No. 27].[1] (*See* [ECF No. 28]). Magistrate Judge Sanchez filed an R&R [ECF No. 42], recommending that the Motion be granted and that a preliminary injunction be entered. The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R [ECF No. 42] is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Preliminary Injunction [ECF No. 27] is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 24 day of February 2026.

                                                                            JOSE E. MARTINEZ
                                                                            UNITED STATES DISTRICT JUDGE

cc: all counsel of record

---

[1] Plaintiff's Motion originally sought relief against the ten defendants referred to in the Complaint as the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A. (*See* [ECF Nos. 1, 20]). Schedule A is an attachment to the Complaint. (*See* [ECF No. 20-1]). However, six of the ten defendants (Useagrey, BessCops, SperLucky, MANGOUSTARD, ink2055, and weinuoerkeji) have since been dismissed. ([ECF No. 40]; *see also* [ECF Nos. 24, 29, 30, 38]). Thus, this Order addresses Plaintiff's requests for relief only as to Defendants PEHMEA, YUENCH Online, XOOPIT, and Butterfly Island.

## REVISED SCHEDULE A

| NO. | SELLER'S NAME | LINK TO SELLER'S ONLINE STORE |
|---|---|---|
| VA0002380492; VA0002379930, VA0002379934, VA0002413190, VA0002413192, VA0002413200 | | |
| 2 | PEHMEA | https://www.amazon.com/sp?ie=UTF8&seller=A2CB96A8THXVUR&asin=B0B4WFLBW2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 3 | YUENCH Online | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36FBKRK2QWVKJ&asin=B0CPD8NTHL&ref_=dp_merchant_link |
| 5 | XOOPIT | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A36PEAQ9B6LCI4&asin=B0CKTNBV5P&ref_=dp_merchant_link |
| 7 | Butterfly Island | https://www.amazon.com/sp?ie=UTF8&seller=A7KKYW5MJMVM9&asin=B0D921WHKG&ref_=dp_merchant_link |